# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

JEFFERY SCOTT WILKINSON

Inmate Identification Number: A.I.S. 163773

JCID# 176807 or Jail # 21018476

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

WALKER COUNTY ALABAMA SHERIFFS DEPT.
WALKER COUNTY SHERIFF John Mark Tyree
WALKER COUNTY ALABAMA Head District Attorneys Office
WALKER County Commissioner & STATE OF ALABAMA.

(Enter above full name(s) of the defendant(s) in this action)

FILED
2011 JUN -7 PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

NOTICE TO FILING PARTY

It is your responsibility to
Notify the clerk in writing of any

CV-11-CO-1943-S

Failure to notify the clerk may
result in dismissal of your case
without further notice.

1. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (✗)  No ( )

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): JEFFERY SCOTT WILKINSON

      Defendant(s): JEFFERSON County ALABAMA SHERIFFS Dept.
      JEFFERSON County SHERIFF Mike Hale, JEFFERSON County ALABAMA's District Attorneys Office,
      JEFFERSON County Commissioner of ALABAMA

1

2. Court (if Federal Court, name the district; if State Court, name the county) _Northern District_

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _FEB 20, 2011_

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X)   No ( )

C. If your answer is YES:

1. What steps did you take? _I Filled out Inmate Grievance. And stated Facts._

2. What was the result? _Never Herd Back_

D. If your answer is NO, explain why not? _____

2

Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) JEFFERY SCOTT WILKINSON
809 51st STREET BHAM, AL. 35203 -OR-
Address 940 8th AV. PLEASANT GROVE AL. 35127

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant WALKER County ALABAMA SHERIFFS DEPT. SHERIFF John
is employed as MARK TYREE, WALKER County ALABAMA District
at ATTORNEY'S OFFICE. WALKER County COMMISSIONER

C. Additional Defendants STATE OF ALABAMA.
All employed By the STATE OR SHERIFFS DEPT.

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

IN 2003 I WAS CONVICTED OF LIVING WITH A MINOR, Failure to Register, Failure to Notify. THE LAW OF §13A-11-200 ETSEQS WAS amended to make changes. It INCORPORATED §15-20-20.1 WHEN this law Change IN 1996, It didn't apply to ME. →

3

I fall under the old Act. Now I've been to prison for charges I shouldn't have been charged with, And now they say the new C.N.A. applies to me. And the law book says different. It violate Ex Post Facto Clause, ~~Act #~~ of the United States Constitutions and Alabama Constitution of 1901, and now being held unlawfully for failure to register

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Remove all said charges to plaintiff that didn't apply. Have the state & County pay for all jail credit and Bonds made. Plaintiff is also seeking punitive damages & Compensatory damages, And Court Cost taxed to defendant. Seeking $1.00 Nominal damages

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Jeff Wilkinson
809 Richard Arrington Blvd. N
BHAM, Al. 35203.
JEFF WILKINSON.

Jeff Wilkinson
Signature(s)

4